IMANAKA ASATO, LLLC
STEVEN K. S. CHUNG          1751
ANTHONY F. T. SUETSUGU     9404
745 Fort Street Mall, 17th Floor
Honolulu, Hawai'i 96813
Telephone No.: (808) 521-9500
Facsimile No.:  (808) 541-9050
Email:  schung@imanaka-asato.com
          asuetsugu@imanaka-asato.com

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; | CIVIL NO. 1:98-cv-00792-SPK-KSC <br><br> **NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE** <br><br><br><br><br><br><br> *(Caption continued on next page)* |

TESORO HAWAII CORPORATION;
TOSCO CORPORATION; UNION OIL
COMPANY OF CALIFORNIA; and
UNOCAL CORPORATION,

      Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

      Steven K. S. Chung of the law firm of Imanaka Asato, LLLC, gives notice

of his appearance as counsel of record for Defendants CHEVRON

CORPORATION and CHEVRON U.S.A. INC.

      DATED:  Honolulu, Hawai'i, January 21, 2026.

                              */s/ Steven K. S. Chung*
                              STEVEN K. S. CHUNG
                              Attorney for Defendants
                              CHEVRON CORPORATION and
                              CHEVRON U.S.A. INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,<br><br>　　　Defendants. | CIVIL NO. 1:98-cv-00792-SPK-KSC<br><br>**CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the

foregoing document was duly served upon the following parties electronically via

CM/ECF and by U.S. Mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C):

DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813

TESORO HAWAII CORPORATION
19100 Ridgewood Parkway
San Antonio, Texas 78259

WOODSIDE ENERGY HAWAII INC.,
Formerly known as BHP HAWAII INC.
1500 Post Oak Blvd
Houston, Texas 77056

SHELL USA, INC.
Formerly known as SHELL OIL COMPANY
SHELL OIL PRODUCTS COMPANY
150 N Dairy Ashford
Houston, Texas 77079

TEXACO, INC.
6001 Bollinger Canyon Rd
Bldg V/2309d
San Ramon, California 94583

TEXACO REFINING AND MARKETING, INC.
Tax Dept 007
Attn Robin Sam
PO Box 2463
Houston, Texas 77252

TESORO COMPANIES, INC.
Formerly known as TESORO PETROLEUM CORPORATION

539 South Main Street
Attn: Income Tax Dept
Findlay, Ohio 45840

TOSCO CORPORATION
Attn: Corp Legal Dept ML 3170
600 N Dairy Ashford
Houston, Texas 77079

UNION OIL COMPANY OF CALIFORNIA
5001 Executive Parkway, Suite 200
San Ramon, California 94583

UNOCAL CORPORATION
Corporation Trust Center
1209 Orange St
Wilmington, Delaware 19801

DATED: Honolulu, Hawaiʻi, January 21, 2026.

*/s/ Steven K. S. Chung*
STEVEN K. S. CHUNG
Attorney for Defendants
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.

2