IMANAKA ASATO, LLLC
Steven K. S. Chung          1751
Anthony F. T. Suetsugu          9404
745 Fort Street Mall, 17th Floor
Honolulu, HI 96813
Telephone:  (808) 521-9500
Facsimile:  (808) 541-9050
Email:  schung@imanaka-asato.com
         asuetsugu@imanaka-asato.com

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON U.S.A., INC.
(*Additional Counsel Listed After Caption*)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>     Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO | ) Civil No. 1:98-cv-00792-MWJS-WRP<br>)<br>) **DEFENDANTS CHEVRON**<br>) **CORPORATION AND CHEVRON U.S.A.**<br>) **INC.'S MOTION TO ENFORCE THE**<br>) **JUDGMENT; MEMORANDUM IN**<br>) **SUPPORT OF MOTION; EXHIBITS "A"-**<br>) **"F"; CERTIFICATE OF SERVICE**<br>)<br>) Hearing Date:<br>) Hearing Time:<br>) Judge: Honorable Micah W. J. Smith<br>) Trial Date: None<br>)<br>)<br>)<br>)<br>)<br>)<br>) *(Caption continued on next page)* |

REFINING AND MARKETING, INC.;  )
TESORO PETROLEUM                )
CORPORATION; TESORO HAWAII     )
CORPORATION; TOSCO              )
CORPORATION; UNION OIL          )
COMPANY OF CALIFORNIA; and      )
UNOCAL CORPORATION,             )
                                )
　　　Defendants.

## ADDITIONAL COUNSEL

Anthony J. Dick*
Christopher S. Dinkel*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone: (202) 879-3939
Email:   ajdick@jonesday.com
　　　　　cdinkel@jonesday.com

Caroline N. Mitchell*
Jerry C. Ling (8260)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Email:   cnmitchell@jonesday.com
　　　　　jling@jonesday.com

David Phillips*
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Email:  davidphillips@jonesday.com

Theodore J. Boutrous Jr.*
William E. Thomson*
GIBSON DUNN
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
　　　　　wthomson@gibsondunn.com

Andrea E. Smith*
GIBSON DUNN
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6600
Email:  aesmith@gibsondunn.com

Joshua D. Dick*
GIBSON DUNN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email:  jdick@gibsondunn.com

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A. INC.
*pro hac vice applications pending

## DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S MOTION TO ENFORCE THE JUDGMENT

Defendants Chevron Corporation and Chevron U.S.A. Inc. (collectively "Chevron") move for an order to enforce this Court's Judgment and the incorporated Settlement Agreement (ECF 1188) and to enjoin the claims asserted by Hawai'i and its political subdivisions in state court ("the State Court Claims") in the pending cases of *County of Maui v. Sunoco LP*, 2CCV-20-283 (Haw. Cir. Ct., Island of Maui); *City and County of Honolulu v. Sunoco LP*, 1CCV-20-380 (Haw. Cir. Ct., Island of Oahu); and *State of Hawai'i v. BP P.L.C.*, 1CCV-25-717 (Haw. Cir. Ct., Island of Oahu). Chevron respectfully submits that the State Court Claims violate the Settlement Agreement and this Court's Final Judgment, and requests an injunction barring the State Court Claims under the All Writs Act, 28 U.S.C. § 1651. In particular, Chevron moves that the Court:

- Enjoin the State Court Plaintiffs to dismiss the current State Court Complaints against Chevron, which rely substantially on allegations of deceptive speech and conduct that occurred on or before April 30, 2002;

- Enjoin the State Court Plaintiffs from filing any amended complaint or pursuing any claim against Chevron that relies on allegations of deceptive speech or conduct regarding the sale, marketing, or promotion of petroleum products that occurred on or before April 30, 2002;

- Enjoin the State Court Plaintiffs from pursuing claims based on the theory that Chevron engaged in denial of anthropogenic global warming, which they allege ended in the late 1990s.

1

Pursuant to Local Rule 7.8, Chevron respectfully requests a hearing, which

Chevron believes would assist the Court in resolving this motion.

This motion is made following the conference of counsel pursuant to Local

Rule 7.8, which took place on January 15, 2026.

DATED: January 30, 2026                    Respectfully submitted,
Honolulu, Hawaiʻi

                                           /s/ *Steven K. S. Chung*
                                           Steven K. S. Chung
                                           Anthony F. T. Suetsugu
                                           IMANAKA ASATO, LLLC
                                           745 Fort Street Mall, 17th Floor
                                           Honolulu, HI 96813
                                           Telephone: (808) 521-9500
                                           Facsimile: (808) 541-9050
                                           Email: schung@imanaka-asato.com
                                               asuetsugu@imanaka-asato.com

2

## ADDITIONAL COUNSEL

Anthony J. Dick*
Christopher S. Dinkel*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone: (202) 879-3939
Email:   ajdick@jonesday.com
           cdinkel@jonesday.com

Caroline N. Mitchell*
Jerry C. Ling (8260)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Email:   cnmitchell@jonesday.com
           jling@jonesday.com

David Phillips*
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Email:  davidphillips@jonesday.com

Theodore J. Boutrous Jr.*
William E. Thomson*
GIBSON DUNN
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
           wthomson@gibsondunn.com

Andrea E. Smith*
GIBSON DUNN
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6600
Email:  aesmith@gibsondunn.com

Joshua D. Dick*
GIBSON DUNN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email:  jdick@gibsondunn.com

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A. INC.
*pro hac vice applications pending

3