IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies, | ) )<br>) )<br>) )<br>) )<br>) ) |
| Plaintiff, | ) ) |
| v. | ) )<br>) ) |
| CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION, | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) |
| Defendants. | ) )<br>) ) |

Civil No. 1:98-cv-00792-MWJS-WRP

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I certify that on January 30, 2026, the foregoing motion and accompanying attachments were electronically filed with the U.S. District Court for the District of Hawaii using the CM/ECF system.  I further certify that a copy of the foregoing motion and accompanying attachments will be sent via email or served by personal service as indicated below:

***Anzai Plaintiffs' Counsel***
Anne. E. Lopez                        [X] Email        [ ] Personal Service
Department of the Attorney General
425 Queen Street
Honolulu, Hawai'i 96813
(808) 586-1500
hawaiiag@hawaii.gov


Spencer Hosie                         [X] Email        [ ] Personal Service
Hosie & Partners LLP
149 New Montgomery Street, 4th Floor
San Francisco, CA 94105
(415) 247-6000
shosie@hosielaw.com


L. Richard DeRobertis                 [X] Email        [ ] Personal
ServiceGaliher DeRobertis Waxman
820 Mililani Street, Suite 505
Honolulu, Hawai'i  96813
(888) 597-1441
Info@GaliherLaw.com


***Non-Parties***
City and County of Honolulu
c/o Dana M.O. Viola                   [ ] Email        [X] Personal Service
Corporation Counsel
County of Honolulu
530 S. King Street, Room 110

Honolulu, Hawai'i 96813
(808) 768-5234

Board of Water Supply
c/o Ernest Y.W. Lau                    [  ] Email        [X] Personal Service
Manager and Chief Engineer
Public Service Building (PSB)
630 South Beretania Street
Honolulu, Hawai'i 96843
(808)748-5000

County of Maui
c/o Victoria J. Takayesu               [  ] Email        [X] Personal Service
Corporation Counsel
County of Maui
200 South High Street, Third Floor
Wailuku, Hawai'i 96793
(808) 270-7741

***Hawaii Litigation Counsel***
Melissa J. Kolonie                     [X] Email        [  ] Personal Service
Wade H. Hargrove III                   [X] Email        [  ] Personal Service
Lyle T. Leonard                        [X] Email        [  ] Personal Service
Department of the Attorney General
State of Hawai'i
425 Queen Street
Honolulu,  Hawai'i 96813
(808) 587-3050
(808) 587-3077
melissa.J.kolonie@hawaii.gov
wade.h.hargrove@hawaii.gov
lyle.t.leonard@hawaii.gov

Victor M. Sher                         [X] Email        [  ] Personal Service
Stephanie D. Biehl                     [X] Email        [  ] Personal Service
William Liang                          [X] Email        [  ] Personal Service
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500

vic@sheredling.com
stephanie@sheredlig.com
william@sheredling.com

***Honolulu Litigation Counsel***

| | | | |
|---|---|---|---|
| Dana M.O. Viola | [X] Email | [  ] Personal Service |
| Daniel Gluck | [X] Email | [  ] Personal Service |
| Jeff A. Lau | [X] Email | [  ] Personal Service |

Corporation Counsel
County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
(808) 768-5234
dviola@honolulu.gov
daniel.gluck@honolulu.gov
jlau3@honolulu.gov

| | | |
|---|---|---|
| Victor M. Sher | [X] Email | [  ] Personal Service |
| Matthew K. Edling | [X] Email | [  ] Personal Service |
| Stephanie D. Biehl | [X] Email | [  ] Personal Service |
| Corrie J. Yackulic | [X] Email | [  ] Personal Service |
| William Liang | [X] Email | [  ] Personal Service |

Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
corrie@sheredling.com
william@sheredling.com

***Maui Litigation Counsel***

| | | |
|---|---|---|
| Victoria J. Takayesu | [X] Email | [  ] Personal Service |
| Kristin K. Tarnstrom | [X] Email | [  ] Personal Service |
| Mariana Lowy-Gerstmar | [X] Email | [  ] Personal Service |

Corporation Counsel
County of Maui
200 South High Street, Third Floor
Wailuku, Hawai'i 96793

4

(808) 270-7741
victoria.takayesu-hamilton@co.maui.hi.us
kristin.tarnstrom@co.maui.hi.us
mariana.lowy-gerstmar@co.maui.hi.us

Victor M. Sher                  [X] Email        [  ] Personal Service
Matthew K. Edling               [X] Email        [  ] Personal Service
Stephanie D. Biehl              [X] Email        [  ] Personal Service
William Liang                   [X] Email        [  ] Personal Service
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
william@sheredling.com

DATED: January 30, 2026, Honolulu, Hawaiʻi.

/s/*Steve K. S. Chung*
Steven K. S. Chung (1751)
Anthony Suetsugu (9404)

IMANAKA ASATO, LLLC
745 Fort Street Mall, 17th Floor
Honolulu, Hawaiʻi  96813
Telephone:   (808) 521-9500
Email: schung@imanaka-asato.com
        asuetsugu@imanaka-asato.com

5

## ADDITIONAL COUNSEL

Anthony J. Dick*
Christopher S. Dinkel*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
Email:  ajdick@jonesday.com
         cdinkel@jonesday.com

Caroline N. Mitchell*
Jerry C. Ling (8260)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Email:  cnmitchell@jonesday.com
         jling@jonesday.com

David Phillips*
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Email:  davidphillips@jonesday.com

Theodore J. Boutrous Jr.*
William E. Thomson*
GIBSON DUNN
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
         wthomson@gibsondunn.com

Andrea E. Smith*
GIBSON DUNN
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6600
Email:  aesmith@gibsondunn.com

Joshua D. Dick*
GIBSON DUNN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email:  jdick@gibsondunn.com

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A. INC.
*pro hac vice applications forthcoming

6