IMANAKA ASATO, LLLC
STEVEN K. S. CHUNG            1751
ANTHONY F. T. SUETSUGU  9404
745 Fort Street Mall, 17th Floor
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 521-9500
Facsimile No.: (808) 541-9050
Email: schung@imanaka-asato.com
        asuetsugu@imanaka-asato.com

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.
*(Additional Counsel Listed After Caption)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND | CIVIL NO. 1:98-cv-00792-MWJS-WRP<br><br>**CERTIFICATE OF SERVICE; EXHIBIT 1**<br><br><br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None<br><br><br><br>*(Caption continued on next page)* |

MARKETING, INC.; TESORO
PETROLEUM CORPORATION;
TESORO HAWAII
CORPORATION; TOSCO
CORPORATION; UNION OIL
COMPANY OF CALIFORNIA; and
UNOCAL CORPORATION,

      Defendants.

## ADDITIONAL COUNSEL

Anthony J. Dick*
Christopher S. Dinkel*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone: (202) 879-3939
Email:  ajdick@jonesday.com
      cdinkel@jonesday.com

Caroline N. Mitchell*
Jerry C. Ling (8260)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Email:  cnmitchell@jonesday.com
      jling@jonesday.com

David Phillips*
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Email:  davidphillips@jonesday.com

Theodore J. Boutrous Jr.*
William E. Thomson*
GIBSON DUNN
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
      wthomson@gibsondunn.com

Andrea E. Smith*
GIBSON DUNN
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6600
Email:  aesmith@gibsondunn.com

Joshua D. Dick*
GIBSON DUNN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email:  jdick@gibsondunn.com

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A. INC.
*pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS

CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S MOTION TO

ENFORCE THE JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION;

EXHIBITS "A"- "F"; CERTIFICATE OF SERVICE were served as provided in

the Certificate of Service attached hereto as Exhibit 1.


(The rest of this page left intentionally blank)

DATED: March 3, 2026    Respectfully submitted,
Honolulu, Hawaiʻi

/s/  Anthony F. T. Suetsugu
Steven K. S. Chung
Anthony F. T. Suetsugu
IMANAKA ASATO, LLLC
745 Fort Street Mall, 17th Floor
Honolulu, HI 96813
Telephone: (808) 521-9500
Facsimile: (808) 541-9050
Email:  schung@imanaka-asato.com
        asuetsugu@imanaka-asato.com

Anthony J. Dick*
Christopher S. Dinkel*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone: (202) 879-3939
Email:  ajdick@jonesday.com
        cdinkel@jonesday.com

Caroline N. Mitchell*
Jerry C. Ling (8260)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Email:  cnmitchell@jonesday.com
        jling@jonesday.com

David Phillips*
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Email:  davidphillips@jonesday.com

Theodore J. Boutrous Jr.*
William E. Thomson*
GIBSON DUNN
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email:  tboutrous@gibsondunn.com
        wthomson@gibsondunn.com

Andrea E. Smith*
GIBSON DUNN
811 Main Street, Suite 3000
Houston, TX 77002-6117
Telephone: (346) 718-6600
Email:  aesmith@gibsondunn.com

Joshua D. Dick*
GIBSON DUNN
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Email:  jdick@gibsondunn.com

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A., INC.
*pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on March 2, 2026, I am causing the attached Notice of Motion and Motion to Enforce Settlement Agreement and accompanying attachments Exhibits A-F and Certificate of Service to be served on the attached list of Agents for Service of Process at the below stated addresses via certified mail by placing them in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth in the attached Service List.

Executed on March 2, 2026 at San Francisco, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/Maggie Lopez*
Maggie Lopez

# EXHIBIT 1

1

**Service List for Anzai Mailing**

| Entity | Address for Registered Agent |
|---|---|
| Unocal Corporation | 1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA  95833-3502 |
| Union Oil of California | 1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA  95833-3502 |
| Texaco Inc. | 1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA  95833-3502 |
| Texaco Refining and Marketing, Inc. (Shell Oil Company sub) | Texaco Refining and Marketing Inc.<br>910 Louisiana<br>Houston, Texas 77002 |
| Equilon Enterprises LLC (Shell Oil Company sub) | C T Corporation System<br>900 Fort Street Mall, Suite 1680<br>Honolulu, Hawaii  96813 |
| Tosco Corporation | 1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA  95833-3502 |
| Tesoro Hawaii Corporation | Corporation Service Company<br>1003 Bishop Street<br>Suite 1600 Pauahi Tower<br>Honolulu, Hawaii  96813 |
| Tesoro Petroleum Corporation | Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX  78701-3218 |

NAI-5010968448v1