**COX FRICKE LLP**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX              7520-0
   jcox@cfhawaii.com
RANDALL C. WHATTOFF         9487-0
   rwhattoff@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

**DEBEVOISE & PLIMPTON LLP**
JOSH COHEN (*pro hac vice*)
   jacohen@debevoise.com
NICHOLAS FOLLY (*pro hac vice*)
   nfolly@debevoise.com
ELIZABETH COSTELLO (*pro hac vice*)
   ecostello@debevoise.com
650 California Street
San Francisco, CA 94108
Telephone: 415.738.5700
Facsimile: 415.644.5628

Attorneys for Defendants
SHELL USA, INC. (f/k/a SHELL OIL COMPANY) and
SHELL OIL PRODUCTS COMPANY LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>      Plaintiff, | Civil No. 1:98-cv-00792-MWJS-WRP<br><br>**DEFENDANTS SHELL USA, INC. (f/k/a SHELL OIL COMPANY) AND SHELL OIL PRODUCTS COMPANY LLC'S MOTION TO ENFORCE THE JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF** |

*(Caption continued on next page)*

|  |  |
|---|---|
| v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,<br><br>    Defendants. | **JOACHIM P. COX; EXHIBITS A– G; CERTIFICATE OF SERVICE**<br><br>Judge:   Honorable Micah W. J. Smith<br>Trial:    None set |

<u>**DEFENDANTS SHELL USA, INC. (f/k/a SHELL OIL COMPANY)**</u>
<u>**AND SHELL OIL PRODUCTS COMPANY LLC'S**</u>
<u>**MOTION TO ENFORCE THE JUDGMENT**</u>

Defendants Shell USA, Inc. (f/k/a Shell Oil Company) and Shell Oil Products

Company LLC (collectively, "Shell" or "Shell Defendants") move for an order to

enforce this Court's Judgment and the incorporated Settlement Agreement (ECF

1188) and to enjoin the claims asserted by Hawai'i and its political subdivisions in

state court ("the State Court Claims") in the pending cases of *County of Maui v.*

*Sunoco LP*, 2CCV-20-283 (Haw. Cir. Ct., Island of Maui) (ECF 1204-5); *City and*

1

*County of Honolulu v. Sunoco LP*, 1CCV-20-380 (Haw. Cir. Ct., Island of Oahu) (ECF 1204-6); and *State of Hawai'i v. BP P.L.C.*, 1CCV-25-717 (Haw. Cir. Ct., Island of Oahu) (ECF 1204-7). Shell respectfully submits that the State Court Claims violate the Settlement Agreement and this Court's Final Judgment, and requests an injunction barring those claims under the All Writs Act, 28 U.S.C. § 1651. In particular, Shell moves that the Court:

- Enjoin the State Court Plaintiffs to dismiss the current State Court Complaints against Shell, which rely substantially on allegations of deceptive speech and conduct that occurred on or before April 30, 2002;

- Enjoin the State Court Plaintiffs from filing any amended complaint or pursuing any claim against Shell that relies on allegations of deceptive speech or conduct regarding the sale, marketing, or promotion of petroleum products that occurred on or before April 30, 2002;

- Enjoin the State Court Plaintiffs from pursuing claims based on the theory that Shell engaged in denial of anthropogenic global warming, which they allege ended in the late 1990s.

Pursuant to Local Rule 7.8, Shell respectfully requests a hearing, which Shell believes would assist the Court in resolving this motion. This motion is made following the conference of counsel pursuant to Local Rule 7.8, which took place on February 13, 2026.

DATED:  Honolulu, Hawaiʻi, March 11, 2026.

/s/ Joachim P. Cox
JOACHIM P. COX
RANDALL C. WHATTOFF
JOSH COHEN (*Pro Hac Vice*)
NICHOLAS FOLLY (*Pro Hac Vice*)
ELIZABETH COSTELLO (*Pro Hac Vice*)
Attorneys for Defendants
SHELL USA, INC. (f/k/a SHELL OIL
COMPANY) AND SHELL OIL
PRODUCTS COMPANY LLC