## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>        Plaintiff,<br><br>  v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,<br><br>        Defendants. | Civil No. 1:98-cv-00792-MWJS-WRP<br><br>**DECLARATION OF JOACHIM P. COX; EXHIBITS A-G** |

## <u>DECLARATION OF JOACHIM P. COX</u>

I, Joachim P. Cox, hereby declare as follows:

1. I am an attorney with the law firm of Cox Fricke LLP, licensed to practice law in the State of Hawaiʻi, and counsel for Defendants Shell USA, Inc. (f/k/a Shell Oil Company) and Shell Oil Products Company LLC (collectively, "Shell" or "Shell Defendants") in the above-captioned matter.

2. This Declaration is made based upon my personal knowledge in support of Shell Defendants' Motion to Enforce the Judgment and Memorandum in Support of Motion filed concurrently herewith. I am competent to testify as to the matters stated herein.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Second Amended Complaint in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. July 23, 1999) (ECF 166).

4. Attached as **Exhibit B** is a true and correct copy of the Final Judgment in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. April 30, 2002) (ECF 1188).

5. Attached as **Exhibit C** is a true and correct copy of the Settlement Agreement and Mutual Release in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. April 30, 2002) (ECF 1188).

6. Attached as **Exhibit D** is a true and correct copy of Plaintiff's Complaint in *County of Maui v. Sunoco LP*, 2CCV-20-283 (Oct. 12, 2020) (ECF 1).

7. Attached as **Exhibit E** is a true and correct copy of Plaintiffs' First Amended Complaint in *City and County of Honolulu v. Sunoco LP*, 1CCV-20-380 (March 22, 2021) (ECF 45).

8. Attached as **Exhibit F** is a true and correct copy of Plaintiff's Complaint in *State of Hawai'i v. BP P.L.C.*, 1CCV-25-717 (May 1, 2025) (ECF 1).

9. Attached as **Exhibit G** is a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations in *City and County of Honolulu v. Sunoco LP*, 1CCV-20-380 (May 9, 2025) (ECF 1724).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawai'i, March 11, 2026.

Respectfully submitted,

*/s/Joachim P. Cox*
JOACHIM P. COX