IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies, <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION, <br><br> Defendants. | CIVIL NO. 1:98-cv-00792-MWJS-WRP <br><br> CERTIFICATE OF SERVICE |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

| Name(s) | U.S. Mail Postage Prepaid | Via E-mail | ECF |
|---|---|---|---|
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi<br>MELISSA J. KOLONIE<br>Supervising Deputy Attorney General<br>WADE H. HARGROVE, III<br>LYLE T. LEONARD<br>Deputy Attorneys General<br>Department of the Attorney General<br>State of Hawaiʻi<br>465 South Queen Street<br>Honolulu, HI 96813<br>melissa.j.kolonie@hawaii.gov<br>wade.h.hargrove@hawaii.gov<br>lyle.t.leonard@hawaii.gov | | | ☒ |
| VICTOR M. SHER<br>MATTHEW K. EDLING<br>STEPHANIE D. BIEHL<br>WILLIAM LIANG<br>Sher Edling LLP<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>vic@sheredling.com<br>matt@sheredling.com<br>stephanie@sheredling.com<br>william@sheredling.com<br><br>Attorneys for Plaintiff<br>STATE OF HAWAIʻI | | ☒ | |

| | | | |
|---|---|---|---|
| STEVEN K. S. CHUNG<br>ANTHONY F. T. SUETSUGU<br>Imanaka Asato, LLLC<br>745 Fort Street Mall, 17th Floor<br>Honolulu, HI 96813<br>Telephone No.: (808) 521-9500<br>Facsimile No.: (808) 541-9050<br>schung@imanaka-asato.com<br>asuetsugu@imanaka-asato.com | | | ☒ |
| ANTHONY J. DICK<br>CHRISTOPHER S. DINKEL<br>Jones Day<br>51 LOUISIANA AVENUE, N.W.<br>WASHINGTON, DC 20001<br>ajdick@jonesday.com<br>cdinkel@jonesday.com | | ☒ | |
| CAROLINE N. MITCHELL<br>JERRY C. LING<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>cmitchell@jonesday.com<br>jling@jonesday.com | | ☒ | |
| DAVID PHILLIPS<br>Jones Day<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121<br>davidphillips@jonesday.com | | ☒ | |
| THEODORE J. BOUTROUS JR.<br>WILLIAM E. THOMSON<br>Gibson Dunn<br>333 South Grant Avenue<br>Los Angeles, CA 90071<br>tboutrous@gibsondunn.com<br>wthomson@gibsondunn.com | | ☒ | |

| | | | |
|---|---|---|---|
| ANDREA E. SMITH<br>Gibson Dunn<br>811 Main Street, Suite 3000<br>Houston, TX 77002<br>aesmith@gibsondunn.com<br><br>JOSHUA D. DICK<br>Gibson Dunn<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>jdick@gibsondunn.com<br><br>Attorneys for Defendants<br>CHEVRON CORPORATION and<br>CHEVRON U.S.A. INC. | | ☒<br><br><br><br><br><br>☒ | |
| WILLIAM G. MEYER, III<br>SCOTT W. SETTLE<br>IAN P. LUTHRINGER<br>JULIA K. BROTMAN<br>Settle Meyer Law, LLLC<br>900 Fort Street Mall, Suite 1800<br>Honolulu, HI 96813<br>Telephone No.: (808) 540-2400<br>Facsimile No.: (808) 694-3050<br>wmeyer@settlemeyerlaw.com<br>ssettle@settlemeyerlaw.com<br>iluthringer settlemeyerlaw.com<br>jbrotman settlemeyerlaw.com<br><br>Attorneys for Intervenors<br>CONOCOPHILLIPS and<br>CONOCOPHILLIPS COMPANY | | | ☒ |

| | | | |
|---|---|---|---|
| TEXACO, INC.<br>1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang,<br>Alex Jenkins, Wendy Harris, Skylar<br>Leih, Melissa Dekoven, Maddie Bright,<br>Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA 95833 | ☒ | | |
| TEXACO REFINING AND<br> MARKETING, INC.<br>910 Louisiana Street<br>Houston, TX 77002 | ☒ | | |
| TESORO HAWAII CORPORATION<br>Corporation Service Company<br>1003 Bishop Street<br>Suite 1600 Pauahi Tower<br>Honolulu, HI 96813 | ☒ | | |
| TESORO PETROLEUM<br> CORPORATION<br>Corporation Service Company<br> d/b/a CSC-Lawyers Incorporating<br> Service Company<br>211 E. 7th Street, Suite 620<br>Austin, TX 78701 | ☒ | | |
| TOSCO CORPORATION<br>1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn: Koy Saechao, Rebecca Vang,<br>Alex Jenkins, Wendy Harris, Skylar<br>Leih, Melissa Dekoven, Maddie Bright,<br>Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA 95833 | ☒ | | |

| | | | |
|---|---|---|---|
| UNION OIL COMPANY OF CALIFORNIA<br>1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn:  Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA 95833 | ☒ | | |
| UNOCAL CORPORATION<br>1505 Corporation<br>CSC-Lawyers Incorporating Service<br>Attn:  Koy Saechao, Rebecca Vang, Alex Jenkins, Wendy Harris, Skylar Leih, Melissa Dekoven, Maddie Bright, Josh Swindell, Aaron Caneles<br>2710 Gateway Oak Drive, Suite 150N<br>Sacramento, CA 95833 | ☒ | | |

DATED:  Honolulu, Hawaiʻi, March 11, 2026.

/s/ Joachim P. Cox
JOACHIM P. COX
RANDALL C. WHATTOFF
JOSH COHEN
ELIZABETH COSTELLO
NICHOLAS FOLLY

Attorneys for Defendants
SHELL USA, INC. (f/k/a SHELL OIL COMPANY) and SHELL OIL PRODUCTS COMPANY LLC