Eliot Turner (Pro Hac Vice)
Rachel Roosth (Pro Hac Vice)
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Boulevard, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Email: eliot.turner@nortonrosefulbright.com
Email: rachel.roosth@nortonrosefulbright.com
*Attorneys for Defendant Woodside Energy Hawaii, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **Anne E. Lopez, Attorney General for the State of Hawaii, as parens patriae for the natural persons residing in Hawaii, and on behalf of the State of Hawaii, its political subdivisions, and governmental agencies,** | Civil No. 1:98-cv-00792-MWJS-WRP |
| | **Defendant Woodside Energy Hawaii, Inc.'s Motion to Enforce this Court's Judgment and its Settlement Agreement with the State of Hawai'i** |
| *Plaintiff*, | |
| v. | Hearing Date and Time: |
| | Judge: Honorable Micah W. J. Smith |
| **Chevron Corporation, et al.,** | Trial Date: None |
| *Defendants*. | |

Woodside Energy Hawaii, Inc. (formerly known as BHP Hawaii, Inc.) (WEH) moves to enforce this Court's judgment and the incorporated Settlement Agreement (Dkt. 276) and to enjoin the claims asserted by the State of Hawai'i and its political subdivisions in state court in *County of Maui v. Sunoco LP*, 2CCV-20-283 (Haw. Cir. Ct., Island of Maui); *City and County of Honolulu v. Sunoco LP*, 2CCV-20-380 (Haw. Cir. Ct., Island of Oahu); and *State of Hawaii v. BP P.L.C.*, 1CCV-25-717

(Haw. Cir. Ct., Island of Oahu), all of which are precluded by the judgment and settlement agreement.

WEH respectfully requests that this Court find that the state court proceedings are precluded under this Court's final judgment and enjoin the proceedings against WEH under the All Writs Act, 28 U.S.C. § 1651.

This motion is made following the conference of counsel pursuant to Local Rule 7.8, which took place on February 5, 2026, February 23, 2026, March 3, 2026, and March 18, 2026. Under Local Rule 7.8, WEH respectfully requests a hearing, which WEH believes would assist the Court in resolving this motion.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Eliot F. Turner*
Eliot F. Turner (Pro Hac Vice)
Rachel Roosth (Pro Hac Vice)
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Boulevard
Suite 2000
Houston, Texas 77010
Tele: 713.651.5151

*Attorneys for Defendant*
*Woodside Energy Hawaii Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, a true and correct copy of the foregoing

was served on all counsel of record via the Court's CM/ECF system.

*/s/ Eliot F. Turner*
Eliot F. Turner