| | | |
|---|---|---|
| **Anne E. Lopez, Attorney General for the State of Hawaii, as parens patriae for the natural persons residing in Hawaii, and on behalf of the State of Hawaii, its political subdivisions, and governmental agencies,** | ) ) ) ) ) ) ) ) | Civil No. 1:98-cv-00792-MWJS-WRP **Declaration of Eliot F. Turner under 28 U.S.C. § 1746** |
| *Plaintiff,* | ) ) ) | |
| v. **Chevron Corporation, et al.,** | ) ) ) ) ) | |
| *Defendants.* | ) | |

1.      My name is Eliot Turner. I am over the age of 18 and competent to make this declaration.

2.      I am a partner at the law firm Norton Rose Fulbright US LLP. I am licensed to practice law in Texas as well as District of Columbia bar, and I have been admitted pro hac vice before this Court.

3.      I represent Woodside Energy Hawaii, Inc. (formerly known as BHP Hawaii, Inc.) (WEH) in this case, as well as in state court litigation in Hawaiʻi that is the subject of WEH's motion to enforce.

4.      Attached to my declaration are certain exhibits cited in the memorandum of law WEH filed in support of its motion to enforce this Court's judgment and WEH's settlement agreement.

5. Exhibit 1 is a copy of the settlement agreement between WEH and the Attorney General for the State of Hawai'i in this case.

6. Exhibit 2 is a copy of the complaint filed by the State of Hawai'i against WEH and others in *State of Hawaii v. BP P.L.C.*, 1CCV-25-717 (Haw. Cir. Ct., Island of Oahu).

7. Exhibit 3 is a copy of the first amended complaint filed by the City and County of Honolulu and Honolulu Board of Water Supply against WEH and others in *City & County of Honolulu v. Sunoco LP et al.*, Case 1CCV-20-0000380 (Haw. Cir. Ct., Island of Oahu).

8. Exhibit 4 is a copy of the complaint filed by the County of Maui against WEH and others in *County of Maui v. Sunoco LP et al.*, Case 2CCV-20-0000283 (Haw. Cir. Ct., Island of Maui).

9. Exhibit 5 is a copy of a brief in opposition to a petition for a writ of certiorari filed by the County of Honolulu and Honolulu Board of Water Supply in *Sunoco LP v. City & County of Honolulu, et al.*, Case Nos. 23-947 & 23-952 in the United States Supreme Court.

10. Exhibit 6 is a copy of a motion to consolidate filed by the State of Hawai'i, the County of Honolulu, and Honolulu Board of Water Supply in *City & County of Honolulu et al. v. Sunoco LP et al.*, Case 1CCV-20-0000380 (Haw. Cir. Ct., Island of Oahu) and *State of Hawaii v. BP P.L.C.*, 1CCV-25-717 (Haw. Cir. Ct., Island of Oahu).

11.    Exhibit 7 is a copy of a February 28, 2022 ruling by the Hon. Jeffrey P. Crabtree in *City & County of Honolulu et al. v. Sunoco LP et al.*, Case 1CCV-20-0000380 (Haw. Cir. Ct., Island of Oahu).

I declare under penalty of perjury that the foregoing in true and correct.

Executed at Houston, Texas on May 14, 2026.

*/s/ Eliot F. Turner*
Eliot F. Turner