IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,<br><br>Defendants. | Civil No. 1:98-cv-00792-MWJS-WRP<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I certify that on May 20, 2026, the foregoing Motion to Enforce the Judgment and accompanying declaration and memorandum in support were electronically filed with the U.S. District Court of the District of Hawaii using the CM/ECF system. I further certify that copies of the foregoing motion and accompanying declaration and memorandum in support will be served via email, personal service, or mail as indicated below:

## Signatories to the Settlement Agreement

***Texaco, Inc.***                    [ ] Email [X] Personal Service [ ] Mail
1505 Corporation
CSC-Lawyers Incorporating Service
Attn: Koy Saechao, Rebecca Vang, Alex Jenkins,
Wendy Harris, Skylar Leih, Melissa Dekoven,
Maddie Bright, Josh Swindell, Aaron Caneles
2710 Gateway Oak Drive, Suite 150N
Sacramento CA, 95833-3502

***Union Oil Company of California***    [ ] Email [X] Personal Service [ ] Mail
1505 Corporation
CSC-Lawyers Incorporating Service
Attn: Koy Saechao, Rebecca Vang, Alex Jenkins,
Wendy Harris, Skylar Leih, Melissa Dekoven,
Maddie Bright, Josh Swindell, Aaron Caneles
2710 Gateway Oak Drive, Suite 150N
Sacramento CA, 95833-3502

***Unocal Corporation***                [ ] Email [X] Personal Service [ ] Mail
1505 Corporation
CSC-Lawyers Incorporating Service
Attn: Koy Saechao, Rebecca Vang, Alex Jenkins,

Wendy Harris, Skylar Leih, Melissa Dekoven,
Maddie Bright, Josh Swindell, Aaron Caneles
2710 Gateway Oak Drive, Suite 150N
Sacramento CA, 95833-3502

***Texaco Refining and Marketing, Inc.***     [ ] Email [X] Personal Service [X] Mail
Tax Dept 007
Attn: Robin Sam
P.O. Box 2463
Houston, TX 77252

and

1111 Bagby Street
Houston, TX 77002-0200

and

Texaco Refining and Marketing, Inc.
910 Louisiana Street
Houston, TX 77002


***Equilon Enterprises LLC***     [ ] Email [X] Personal Service [X] Mail
150 N. Dairy Ashford Road
Houston, TX 77079

and

C T Corporation System
900 Fort Street Mall, Suite 1680
Honolulu, Hawaii 96813

***Tosco Corporation***     [ ] Email [X] Personal Service [X] Mail
600 N. Dairy Ashford Road
Houston, TX 77079

and

1505 Corporation
CSC-Lawyers Incorporating Service
Attn: Koy Saechao, Rebecca Vang, Alex Jenkins,
Wendy Harris, Skylar Leih, Melissa Dekoven,

2

Maddie Bright, Josh Swindell, Aaron Caneles
2710 Gateway Oak Drive, Suite 150N
Sacramento CA, 95833-3502

## Other Interested Parties on the *Anzai* Docket

***Tesoro Hawaii Corporation***    [ ] Email [X] Personal Service [X] Mail
Par Hawaii Refining, LLC
825 Town and Country Lane, Suite 1500
Houston, TX 77024

and

Corporation Service Company
1003 Bishop Street
Suite 1600 Pauahi Tower
Honolulu, Hawaii 96813

***Tesoro Petroleum Corporation***   [ ] Email [X] Personal Service [X] Mail
Marathon Petroleum Corporation
539 South Main Street
Findlay, OH 45840

and

Corporation Service Company d/b/a/ CSC-Lawyers
Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

## Plaintiffs in the State Court Cases

***City and County of Honolulu***    [ ] Email [X] Personal Service [ ] Mail
c/o Dana M.O. Viola
Corporation Counsel
County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
(808) 768-5234

***Board of Water Supply***     [ ] Email [X] Personal Service [ ] Mail
c/o Ernest Y.W. Lau

Manager and Chief Engineer
Public Service Building (PSB)
630 South Beretania Street Honolulu, Hawai'i 96843
(808)748-5000

*Honolulu Litigation Counsel*            [X] Email [ ] Personal Service [ ] Mail

Dana M.O. Viola
Daniel Gluck
Jeff A. Lau
Corporation Counsel
County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
(808) 768-5234
dviola@honolulu.gov
daniel.gluck@honolulu.gov
jlau3@honolulu.gov


Victor M. Sher
Matthew K. Edling
Stephanie D. Biehl
Corrie J. Yackulic
William Liang
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
corrie@sheredling.com
william@sheredling.com


*County of Maui*                         [ ] Email [X] Personal Service [ ] Mail

c/o Victoria J. Takayesu
Corporation Counsel
County of Maui
200 South High Street, Third Floor
Wailuku, Hawai'i 96793
(808) 270-7741

4

*Maui Litigation Counsel*                          [X] Email [ ] Personal Service [ ] Mail

Victoria J. Takayesu
Kristin K. Tarnstrom
Mariana Lowy-Gerstmar
Corporation Counsel
County of Maui
200 South High Street, Third Floor
Wailuku, Hawai'i 96793
(808) 270-7741
victoria.takayesu-hamilton@co.maui.hi.us
kristin.tarnstrom@co.maui.hi.us
mariana.lowy-gerstmar@co.maui.hi.us

Victor M. Sher
Matthew K. Edling
Stephanie D. Biehl
William Liang
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
william@sheredling.com

*Hawaii Litigation Counsel*                          [X] Email [ ] Personal Service [ ] Mail

Melissa J. Kolonie
Wade H. Hargrove III
Lyle T. Leonard
Department of the Attorney General State of Hawai'i
425 Queen Street
Honolulu,  Hawai'i 96813
(808) 587-3050
(808) 587-3077
melissa.J.kolonie@hawaii.gov
wade.h.hargrove@hawaii.gov
lyle.t.leonard@hawaii.gov

5

Victor M. Sher
Stephanie D. Biehl
William Liang
Sher Edling LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
(628) 231-2500
vic@sheredling.com
stephanie@sheredlig.com
william@sheredling.com

DATED:  May 20, 2026, Honolulu, Hawai'i

/s/  *Ian P. Luthringer*
WILLIAM G. MEYER, III
SCOTT W. SETTLE
IAN P. LUTHRINGER
JULIA K. BROTMAN

*Attorneys for Intervenors*
*CONOCOPHILLIPS and*
*CONOCOPHILLIPS*
*COMPANY*

6