IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,<br><br>        Defendants. | CIVIL NO. 1:98-cv-00792-MWJS-WRP<br><br><br>**DECLARATION OF WILLIAM LIANG; EXHIBITS 1-10** |

## <u>DECLARATION OF WILLIAM LIANG</u>

I, William Liang, declare under penalty of law that the following is true and correct:

1.    I am an attorney duly licensed to practice in the State of Hawaiʻi.

1

2.      I am a licensed attorney with Sher Edling LLP, counsel in this matter for Respondent STATE OF HAWAI'I.

3.      I make this declaration in support of the foregoing Consolidated Opposition to Defendants' Motions to Enforce ("Opposition") and based on my personal knowledge.

4.      Attached as **Exhibit 1** is a true and correct copy of this Court's order granting preliminary approval of the 2002 Settlement in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. March 11, 2002).

5.      Attached as **Exhibit 2** is a true and correct copy of the form notice of 2002 Settlement approved by this Court in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. March 8, 2002).

6.      Attached as **Exhibit 3** is a true and correct redacted copy of the list of Hawai'i residents who opted out of the 2002 Settlement. This list was attached as Exhibit B to this Court's final judgment approving the 2002 Settlement in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. April 30, 2002). The residents' addresses are redacted to protect their privacy.

7.      Attached as **Exhibit 4** is a true and correct copy of this Court's partial final judgment approving the 2000 Settlement in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. Jan. 28, 2000).

8.      Attached as **Exhibit 5** is a true and correct copy of this Court's final judgment approving the 2002 Settlement in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. April 30, 2002).

9.      Attached as **Exhibit 6** is a true and correct copy of the transcript of the fairness hearing held before this Court on January 28, 2000, regarding the 2000 Settlement in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw.).

10.      Attached as **Exhibit 7** is a true and correct copy of the 2000 settlement agreement and mutual release in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw.) between Plaintiff the Attorney General of the State of Hawai'i and Defendants BHP Hawaii Inc.; Tesoro Hawaii Corporation; BHP Petroleum Americas Refining Inc.; and Tesoro Petroleum Corporation.

11.      Attached as **Exhibit 8** is a true and correct copy of the 2002 settlement agreement and mutual release in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw.) between Plaintiff the Attorney General of the State of Hawai'i and Defendants Chevron Corporation; Chevron U.S.A., Inc.; Shell Oil Company; Shell Oil Products Company; Texaco, Inc.; Texaco Refining and Marketing, Inc.; Tosco Corporation; Union Oil Company of California; and Unocal Corporation.

12.      Attached as **Exhibit 9** is a true and correct copy of this Court's order for distribution of settlement funds in *Anzai v. Chevron Corp.*, No. 1:98-cv-792 (D. Haw. April 30, 2002).

13.    Attached as **Exhibit 10** is a true and correct copy of the complaint filed by plaintiff the State of Hawaiʻi in *Hawaiʻi v. BP P.L.C.*, No. 1CCV-25-0000717 (Haw. Cir. Ct. May 1, 2025).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  June 3, 2026          */s/ William Liang*_____
San Francisco, CA            WILLIAM LIANG
                             Sher Edling LLP


                             *Attorney for Respondent State of Hawaiʻi*