# EXHIBIT 2

## ATTENTION

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

ANZAI v. CHEVRON, ET AL.                    )            CIVIL NO. 98-00792-SPK

### NOTICE OF SETTLEMENT

TO:    All Natural Persons Residing In The State of Hawaii At Any time Up To
_____, 2002

A lawsuit is pending in the United States District Court for the District of Hawaii (the
"Court"), *Anzai v. Chevron, et al.* brought by the State of Hawaii and the Hawaii Attorney
General, in its capacity as *parens patriae* representing Hawaii residents, alleging that defendants
Chevron, BHP, Shell, Tesoro, Texaco, Tosco, and Unocal violated certain federal and state
antitrust and business practices laws in selling gasoline and petroleum products to Hawaii
residents.

The purpose of this notice is to advise all natural persons residing in the State of Hawaii
at any time ("Hawaii Consumers") of a proposed settlement of the case, including a statement of
the rights of Hawaii Consumers with respect to the proposed settlement.

### TERMS OF PROPOSED SETTLEMENT

Subject to approval of the Court, the State of Hawaii and the Hawaii Attorney General
acting *in parens patriae* on behalf of Hawaii Consumers, and defendants Chevron, Texaco,
Shell, Tosco and Unocal ("Defendants"), have agreed on a settlement under which Defendants
will pay the total amount of $20 million. This payment will be in final settlement of all claims of
Hawaii Consumers against Defendants brought in the lawsuit for the sale of petroleum products.
Combined with an earlier settlement of $15 million, this settlement will result in a total of $35
million available to the State of Hawaii to be utilized as described below.

Defendants do not admit any wrongdoing or liability on their part; the proposed
settlement is a compromise of disputed claims and does not mean that Defendants are liable for
the claims alleged on behalf of Hawaii Consumers by State of Hawaii and the Hawaii Attorney
General.

Following the effective date of the settlement, the settlement funds will be held in the
registry of the Court until such time as the Court determines that those funds should be allocated
and distributed. The use and distribution of the settlement proceeds are subject to the approval
of the Court. The manner and use of the settlement proceeds will be determined by the Court as
described elsewhere in this Notice and in the Settlement Agreement. A portion of the funds may,
if permitted by the Court, be used to pay the costs and attorneys' fees of conducting this
litigation. The Attorney General has requested that the Court order reimbursement of the
Attorney General and counsel for their litigation expenses and attorneys' fees incurred in
pursuing this litigation. The fees and expenses requested are those set forth below.

## NOTICE OF HEARING ON SETTLEMENT

NOTICE IS HEREBY GIVEN, pursuant to an order of United States District Judge Samuel King, that a hearing will be held in the Federal Courthouse. 300 Ala Moana Boulevard. Honolulu, Hawaii at 9:00 a.m. on _____. ____ (the "Settlement Hearing") to determine whether, as recommended by the Attorney General of the State of Hawaii, the Court should approve the proposed settlement. At the hearing, the Court will also determine whether the Court should enter a final judgment dismissing the claims against the Defendants, whether the Court should approve a *cy pres* distribution of the settlement funds to the State Highway Fund, recommended by the Attorney General, and whether the Court should approve an application for reimbursement of certain expenses for giving notice of the Settlement.

## NOTICE OF HEARING ON
## TO APPROVE *CY PRES* DISTRIBUTION

At a separate hearing (the "Plan of Distribution Hearing") to be held on the same day immediately following the Settlement Hearing, the Court will consider the Attorney General's motion to distribute to the State Highway Fund settlement monies remaining after payment of attorneys' fees and expenses. Any objection, dispute, controversy or appeal relating to the Plan of Distribution Hearing shall be considered separate and apart from the fairness of the settlement and the proposed release of the Defendants, and shall not affect the finality of any judgment entered at the Settlement Hearing.

## NOTICE OF HEARING ON
## APPLICATION FOR FEES AND EXPENSES

At a separate hearing (the "Fees and Expense Hearing") to be held on the same day immediately following the Settlement Hearing, the Court will consider an application by counsel for the State of Hawaii and the State of Hawaii for reimbursement of litigation expenses incurred with respect to this litigation in the amount of approximately $1,000,000.00. In addition, counsel for plaintiffs pursuant to his contract with the Attorney General will apply to the Court for a fee award of 22% of the settlement proceeds (after deduction of expenses). All amounts awarded at the Fee and Expense Hearing shall be deducted from the settlement proceeds. Any objection, dispute, controversy or appeal relating to amounts requested or awarded at the Fee and Expense Hearing shall be considered separate and apart from the fairness of the settlement and the proposed release of the Defendants, and shall not affect the finality of any judgment entered at the Settlement Hearing.

## EXCLUSIONS

If you have been a resident of Hawaii at any time and do not file a request for exclusion from the settlement, you will be bound by the final judgment of the Court approving the Settlement Agreement and dismissing the claims against the Defendants in this litigation. Any request for exclusion from the settlement must be sent in writing by First Class Mail and postmarked by _____. 2002. Your request for exclusion must set forth the following information: (a) your name: (b) your current address; (c) your current telephone number; (d) a statement that you wish to be excluded from the proposed settlement; and (e) your signature or

2

the signature of your authorized representative. IF ANY REQUIRED INFORMATION IS NOT INCLUDED, OR IF IT IS NOT TIMELY MAILED TO THE CORRECT ADDRESS, YOU SHALL BE TREATED AS IF YOU DID NOT SEND AN EXCLUSION REQUEST. The request for exclusion must be sent to Special Deputy Attorney General for the State of Hawaii, Hosie Frost Large & McArthur, One Market Street, Spear Street Tower, 22nd Floor, San Francisco, CA 94105.

## OBJECTIONS

Any objection (1) to the proposed settlement, (2) to the Plan of Distribution, or (3) to the application for attorneys' fees and expenses must be in writing by First Class Mail and postmarked by _____, 2002. The objection must set forth (a) a reference at the top to Anzai v. Chevron, et al. Civil No. 98-00792-SPK, United States District Court for the District of Hawaii; (b) a statement as to whether the objector intends to appear at the Settlement Hearing, at the Plan of Distribution Hearing, or at the Fee and Expense Hearing, either in person or through counsel; (c) a detailed statement of the specific basis for the objection; (d) the objector's name, address and telephone number, and (e) the objector's signature or that of the objector's authorized representative. Two copies of the written objection must be sent, one addressed to Special Deputy Attorney General for the State of Hawaii, Hosie Frost Large & McArthur, One Market Street, Spear Street Tower, 22nd Floor, San Francisco, CA 94105, and the second addressed to United States District Clerk, Anzai v. Chevron, et al., Civil No. 98-00792-SPK, Federal Courthouse, 300 Ala Moana Boulevard, Room C338, Honolulu, Hawaii, 96813. IF AN OBJECTION DOES NOT INCLUDE ALL THE REQUIRED INFORMATION OR IT IS NOT TIMELY MAILED TO THE TWO CORRECT ADDRESSES, THEN IT SHALL BE INVALID AND SHALL NOT BE CONSIDERED BY THE COURT.

## ADDITIONAL INFORMATION

A website will be established making the Settlement Agreement and other pleadings filed regarding this settlement available over the internet. The website address will be http://www.gascase.com.

Any other questions you have about the matters in this notice should not be directed to the Court, but may be directed by telephone or in writing to:

Spencer Hosie
Special Deputy Attorney General of the State of Hawaii
Hosie Frost Large & McArthur
One Market Street
Spear Street Tower
22nd Floor
San Francisco, California 94105
415-247-6000

DO NOT CALL THE COURT OR THE CLERK'S OFFICE FOR INFORMATION. The pleadings and other records of this lawsuit, including a complete copy of the Settlement Agreement, may be examined and copied at any time during regular office hours at the office of

3

the Clerk of the Court, United States District Court, 300 Ala Moana Boulevard, Honolulu, Hawaii.

By order of the United States District Court for the District of Hawaii.

Dated: **March 8**, 2002

_____
United States District Judge

---

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF HAWAII
CIVIL NO. 98-00792-SPK: *Earl I. Anzai, etc. vs. Chevron Corporation, et al.*
"NOTICE OF SETTLEMENT"

\DB01\WP\03840T01\PLEADING\bls583not.doc

4