# EXHIBIT 3

## EXCLUSION REQUESTS:  THE "OPT-OUTS"

Anne Carlson



Kenneth R. Conklin



Richard Crawford



Susan E. Decker



Paul Lanakila Campos



Clint Miller



Scott W. Smart

