# EXHIBIT 9

ORIGINAL

LODGED

Of Counsel:
GALIHER DeROBERTIS NAKAMURA ONO & TAKITANI
Law Corporations
GARY O. GALIHER                2008
L. RICHARD DeROBERTIS          3179
JEFFREY T. ONO                 2763
HOWARD G. McPHERSON            5582
610 Ward Avenue, Suite 200
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400

HOSIE, FROST, LARGE & McARTHUR
SPENCER HOSIE (Admitted *Pro Hac Vice*)
GEORGE FROST (Admitted *Pro Hac Vice*)
JOHN BURRITT McARTHUR (Admitted *Pro Hac Vice*)
GEORGE F. BISHOP (Admitted *Pro Hac Vice*)
BRUCE WECKER (Admitted *Pro Hac Vice)*
Spear Street Tower, 22nd Floor
One Market Street
San Francisco, California  94105
Telephone:  (415) 247-6000

Attorneys for Plaintiff STATE OF HAWAII

APR 3 0 2002

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 3 0 2002

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL ENZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, As *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BHP HAWAII INC.; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO INC.; TEXACO REFINING AND MARKETING INC.; | CIVIL NO. 98-00792-SPK<br><br>**ORDER FOR DISTRIBUTION OF SETTLEMENT FUNDS** |

1

TESORO PETROLEUM CORPORATION;    )
TESORO HAWAII CORPORATION;    )
TOSCO CORPORATION; UNION OIL    )
COMPANY OF CALIFORNIA; and    )
UNOCAL CORPORATION,    )
                   Defendants.    )
_____    )

The Court having approved the settlement between The Plaintiff State of Hawaii and

Defendants Chevron Corporation; Chevron U.S.A. Inc.; Shell Oil Company; Shell Oil Products

Company; Texaco, Inc.; Texaco Refining and Marketing, Inc.; Tosco Corporation; Union Oil

Company of California; and Unocal Corporation, it is

ORDERED:

1. The amounts paid in settlement by the defendants of $20,000,000, shall be deposited by

   wire transfer on *or about* May 1, 2002, into the registry of the District Court of Hawaii, First

   Hawaiian Bank, P.O. Box 1959, Honolulu, Hawaii 96805-1959, ABA No. 121301015,

   FST HAW HONO Agy Acct No, 01-000012, U.S. District Court, ALC: 4622.

2. From the amount deposited and that held from previous settlements, the Clerk of the

   Court shall remit to the Attorney General's Office two checks made payable to "State of

   Hawaii, Department of the Attorney General." One shall be in the amount of $54,000 to

   be contributed to the Attorney General's Antitrust Fund; the other shall be in the amount

   of $115,350 as cost reimbursement.

3. The Clerk shall remit to Hosie Frost Large & McArthur a check payable to "Hosie Frost

   Large & McArthur" in the amount of $4,062,476.82. this amount is comprised of

   attorneys fees of $3,190,255.38 (contract rate of 22 % times net recovery $28,216,239.66

2

les previously paid fees $3,017,317.34) plus expenses of counsel of $872,221.43 which have not been reimbursed to date.

4. The amount remaining after the above deductions of approximately $23 million shall be distributed to the State Highway Fund by delivering a check payable to "State of Hawaii" to the Department of the Attorney General.

5. Pursuant to Local Rule 58.1(d) and 28 U.S.C. §1914:

   a. IT IS FURTHER ORDERED that counsel presenting this order shall serve a copy thereof on the clerk of this court or the chief deputy, personally, at the time the money is deposited with the clerk's office. Absent the aforesaid service, the clerk is hereby relieved of any personal responsibility relative to compliance with this order.

   b. IT IS FURTHER ORDERED that the clerk shall deduct from the income earned on the account, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

Dated: Honolulu, Hawaii  APRIL 30, 2002.

_____
SAMUEL P. KING
UNITED STATES DISTRICT COURT JUDGE

3