IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION, <br><br> Defendants. | CIVIL NO. 1:98-cv-00792-MWJS-WRP <br><br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I certify that on June 3, 2026, the foregoing document(s) were electronically

filed with the U.S. District Court of the District of Hawaii using the CM/ECF system.


Dated:  June 3, 2026
San Francisco, CA

*/s/ William Liang*
WILLIAM LIANG (#11790)
**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: william@sheredling.com

*Attorney for Respondent State of Hawaiʻi*

1