ANNE E. LOPEZ 7609
Attorney General of Hawai'i

MELISSA J. KOLONIE 10209
Supervising Deputy Attorney General
WADE H. HARGROVE III 7897
LYLE T. LEONARD 9376
Deputy Attorneys General
Department of the Attorney General
State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Telephone: (808) 587-3050
Facsimile: (808) 587-3077
Email: wade.h.hargrove@hawaii.gov

(Additional counsel listed on next page)

Attorneys for Respondent
STATE OF HAWAI'I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EARL I. ANZAI, ATTORNEY GENERAL FOR THE STATE OF HAWAII, as *Parens Patriae* for the Natural Persons Residing in Hawaii, and on behalf of the State of Hawaii, its Political Subdivisions and Governmental Agencies,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON CORPORATION; CHEVRON U.S.A., INC.; TESORO HAWAII CORPORATION, as Successor-In-Interest to BHP PETROLEUM AMERICAS REFINING INC.; BHP HAWAII INC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY; TEXACO, | CIVIL NO. 1:98-cv-00792-MWJS-WRP<br><br>**RESPONDENT STATE OF HAWAII'S RESPONSE TO THE COURT'S DISCLOSURE; CERTIFICATE OF SERVICE**<br><br>The Honorable Micah W. J. Smith<br>Trial Date: None. |

INC.; TEXACO REFINING AND MARKETING, INC.; TESORO PETROLEUM CORPORATION; TESORO HAWAII CORPORATION; TOSCO CORPORATION; UNION OIL COMPANY OF CALIFORNIA; and UNOCAL CORPORATION,

Defendants.

SHER EDLING LLP
VICTOR M. SHER (*pro hac vice*)
MATTHEW K. EDLING (*pro hac vice)*
STEPHANIE D. BIEHL (*pro hac vice*)
WILLIAM LIANG (# 11790)
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
william@sheredling.com

## RESPONDENT STATE OF HAWAII'S RESPONSE TO THE COURT'S DISCLOSURE

The State hereby responds to the Court's disclosure of a "possible conflict." *See* ECF No. 1307. In the particular circumstances in which the Court inherited this action, namely, motions to enforce a settlement that became final more than twenty years ago and in which the State is unaware of any financial or special personal interest presently held by the Court, the State does not believe disqualification is required under 28 U.S.C. § 455. While the State takes no position on whether disqualification might be required under different circumstances, it briefly addresses two issues raised by the Court in describing its understanding of the potential conflict. Tr. of Proceedings on Motions to Enforce ("Tr."), ECF No. 1308.

First, the State agrees with the Court that this statutory *parens patriae* antitrust action bears a close resemblance to a Rule 23 representative action. Tr. at 8–9. The Attorney General prosecuted and settled claims on behalf of absent Hawaiʻi consumers, and the Court's approval of the Settlements necessarily reflected the representative nature of the proceeding. That representative character is relevant to the Court's inquiry because it explains why the Court was among the individuals with claims that were affected by the Settlements. At the same time, however, the representative nature of the proceeding does not itself establish a disqualifying conflict at this time.

Nor does that representative character depend on the fact that the settlement proceeds ultimately were distributed through a *cy pres* mechanism. *See* Tr. at 9. The Sherman Act authorized the Attorney General to aggregate private claims for monetary relief and seek recovery on behalf of injured consumers. 15 U.S.C. §§ 15c(a), 15e. Although the Court ultimately approved a *cy pres* distribution, that allocation decision was resolved only after settlement through a separate proceeding addressing the practicality of direct consumer distributions. *See* Final Judgment at 7, ¶ 14, ECF No. 1301-6 ("This Final Judgment does not address . . . any applications for the use or allocation of the settlement funds."). When the claims were litigated and settled, it remained possible that any recovery could be distributed directly to Hawaiʻi consumers. Thus, the action's representative character derived from the Attorney General's prosecution and settlement of consumers' claims, not from the manner in which settlement proceeds ultimately were allocated.

Second, the State does not believe that those representative features establish a disqualifying conflict in the circumstances now before the Court. The Court is presiding over post-judgment enforcement motions more than twenty years after the Settlements became final, and the State is unaware of any present financial or special personal interest of the Court that could be affected by resolution of those motions. Under these circumstances, the State does not believe that the Court's

historical status as a member of the population represented by the Attorney General requires disqualification. To the extent the representative nature of the proceeding remains pertinent, it bears less on any present conflict than on understanding the legal effect of the Settlements themselves, including whose claims they resolved and the scope of claims that were released. *See* State's Br. Opposing Motions to Enforce at 31-38, ECF No. 1301. Those issues remain relevant to the motions before the Court, but they do not establish a reason for disqualification here.

DATED: September 4, 2026

Honolulu, Hawaiʻi

**ANNE E. LOPEZ**
**ATTORNEY GENERAL**

By: MELISSA J. KOLONIE
Supervising Deputy Attorney General

*/s/ Wade H. Hargrove III*
WADE H. HARGROVE III
LYLE T. LEONARD
Deputy Attorneys General
Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 587-3050
Facsimile: (808) 587-3077
Email: wade.h.hargrove@hawaii.gov

DATED: September 4, 2026

San Francisco, California

**SHER EDLING LLP**

By: */s/William Liang*

VICTOR M. SHER (*pro hac vice)*
MATTHEW K. EDLING (*pro hac vice)*
STEPHANIE D. BIEHL (*pro hac vice)*
WILLIAM LIANG (#11790)
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: vic@sheredling.com
matt@sheredling.com
stephanie@sheredling.com
william@sheredling.com

*Attorneys for Respondent State of Hawai'i*

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, the foregoing document(s) were electronically filed with the U.S. District Court of the District of Hawaii using the CM/ECF system.

Dated: September 4, 2026
San Francisco, CA

*/s/ William Liang*
WILLIAM LIANG (#11790)
**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: william@sheredling.com

*Attorney for Respondent State of Hawaiʻi*